IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Harris, Edna | Case Number: 07 B 08062 |
| | Judge: Hollis, Pamela S |
| Printed: 3/11/08 | Filed: 5/2/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: January 28, 2008
Confirmed: July 30, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 964.58 | |
| Secured: | | 28.76 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 883.74 |
| Trustee Fee: | | 52.08 |
| Other Funds: | | 0.00 |
| Totals: | 964.58 | 964.58 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Dollie I Warren-Reed | Administrative | 2,775.00 | 883.74 |
| 2. | Mortgage Electronic Registration Sys | Secured | 0.00 | 0.00 |
| 3. | City Of Chicago | Secured | 686.37 | 28.76 |
| 4. | Mortgage Electronic Registration Sys | Secured | 10,463.72 | 0.00 |
| 5. | General Motors Acceptance Corp | Unsecured | 7,312.06 | 0.00 |
| 6. | RoundUp Funding LLC | Unsecured | 350.66 | 0.00 |
| 7. | Commonwealth Edison | Unsecured | 825.44 | 0.00 |
| 8. | Capital One | Unsecured | 377.43 | 0.00 |
| 9. | Peoples Energy Corp | Unsecured | 3,246.30 | 0.00 |
| 10. | Greater Chicago Finance | Secured | | No Claim Filed |
| 11. | Internal Revenue Service | Priority | | No Claim Filed |
| 12. | American General Finance | Unsecured | | No Claim Filed |
| 13. | JC Penney Corporation Inc | Unsecured | | No Claim Filed |
| 14. | Credit Management Co. | Unsecured | | No Claim Filed |
| 15. | LVNV Funding | Unsecured | | No Claim Filed |
| 16. | Midland Finance Company/CPS | Unsecured | | No Claim Filed |
| 17. | Midland Credit Management | Unsecured | | No Claim Filed |
| 18. | Sherman Acquisition | Unsecured | | No Claim Filed |
| 19. | Credit Protection Association | Unsecured | | No Claim Filed |
| 20. | West Asset Management | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 26,036.98 | $ 912.50 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 52.08 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Harris, Edna | Case Number:  07 B 08062 |
| | Judge:  Hollis, Pamela S |
| Printed:  3/11/08 | Filed:  5/2/07 |

_____<br>$ 52.08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____